IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DENNIS JOSLIN OKLAHOMA, L.L.C.,

    Plaintiff,

VS.                          NO. 05-2098-Ma/P

DARRELL SELLS,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the May 31, 2005 motion for admission *pro hac vice* of John G. Young, Jr. Mr. Young is a member in good standing of the bar of the State of Missouri and is admitted to practice before the United States District Court for the Eastern District of Missouri. Mr. Young has obtained and is familiar with the local rules and professional guidelines of this court.

For good cause shown, the motion is granted and John G. Young, Jr., is admitted to participate in this action as counsel for Defendant.

IT IS SO ORDERED this 1st day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02098 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Nicole S. Zellweger
BLUMENFIELD KAPLAN & SANDWWEISS, P.C.
168 North Meramec 4th Floor
St. Louis, MI 63105

Edward K. White
THE WHITE LAW FIRM
1001 Scamblers Knob
Ste. 100
Franklin, TN 37069--600

Nicole S. Zellweger
BLUMENFIELD KAPLAN & SANDWWEISS, P.C.
168 North Meramec 4th Floor
St. Louis, MI 63105

John G. Young
BLUMENFIELD KAPLAN & ASSOCIATES, P.C.
168 North Meramec
4th Floor
St. Louis, MI 63105

John G. Young
BLUMENFIELD KAPLAN & ASSOCIATES, P.C.
168 North Meramec
4th Floor
St. Louis, MI 63105

Edward K. White
THE WHITE LAW FIRM
1001 Scamblers Knob
Ste. 100
Franklin, TN 37069--600

Honorable Samuel Mays
US DISTRICT COURT