IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DENNIS JOSLIN OKLAHOMA, LLC,

    Plaintiff,

VS.                      NO. 05-2098-MaP

DARRELL SELLS,

    Defendant.

## ORDER OF DISMISSAL

The plaintiff has filed a motion to dismiss this matter. Defendant does not oppose the motion. For good cause shown, plaintiff's motion is granted and this matter is DISMISSED without prejudice.

It is so ORDERED this 11th day of July, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

FILED BY CG D.C.

05 JUL 11 PM 4:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02098 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

John G. Young
BLUMENFIELD KAPLAN & ASSOCIATES, P.C.
168 North Meramec
4th Floor
St. Louis, MI 63105

Edward K. White
THE WHITE LAW FIRM
1001 Scamblers Knob
Ste. 100
Franklin, TN 37069--600

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Nicole S. Zellweger
BLUMENFIELD KAPLAN & SANDWWEISS, P.C.
168 North Meramec 4th Floor
St. Louis, MI 63105

Honorable Samuel Mays
US DISTRICT COURT